## FULLER ET AL. v. SWAN RIVER PLACER CO.

A *joint* appeal by all the defendants allowed upon the condition of filing a joint bond, must be prosecuted by all.

*Appeal from District Court of Jefferson County.*

MOTION to dismiss appeal.

Messrs. WELLS, SMITH & MACON, for appellee.

Messrs. TELLER & REED, *contra.*

PER CURIAM. The defendants below jointly prayed an appeal, which was "granted upon condition that they file their appeal bond" within a time limited. The bond filed is not a compliance with the conditions; it is executed by a part of the defendants only. Two who joined in the prayer for the appeal do not execute the bond.

In the case of *Andre* v. *Jones*, 1 Col. 489, it was held that a joint appeal of two could not be prosecuted by one only. The statute authorizes one of several defendants to remove a cause to this court by appeal, and in such case he is permitteˀ

to use the names of all the defendants if necessary. (Sess. Laws 1879, p. 226, Sec. 30.)

This, however, does not affect the rule that a joint appeal by all the defendants, allowed upon the condition of filing a joint bond, must be prosecuted by all. *Andre* v. *Jones*, 1 Col. 489; *Watson* v. *Thrall*, 3 Gilm. 69; *Johnson* v. *Barber*, 4 Gilm. 1.

It is not necessary to notice the other objections.

The motion to dismiss is allowed.

*Dismissed.*